[No. 11959-9-III.   Division Three.  July 20, 1993.]

ROLLINS LEASING CORP., *Appellant*, v. DWP TRUCKING,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-03582-5, Willard A. Zellmer, J.,
entered September 18, 1991. *Affirmed in part* and *reversed
in part* by unpublished opinion per Munson, J., concurred in
by Thompson, C.J., and Sweeney, J.

[No. 12449-5-III.   Division Three.   July 20, 1993.]

*In the Matter of the Personal Restraint of*
TONY DALE PENWELL, *Petitioner*.

Petition for relief from personal restraint *denied* by unpublished opinion per Shields, J. Pro Tem., concurred in by
Sweeney, A.C.J., and Munson, J.

[No. 11948-3-III.   Division Three.   July 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAY
WHIPPLE, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 90-3-00038-4, Harold D. Clarke, J., entered
September 20, 1991. *Affirmed in part* and *reversed in part*
by unpublished opinion per Thompson, C.J., concurred in by
Munson, J., and Shields, J. Pro Tem.

[No. 29925-5-I.   Division One.   July 26, 1993.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID C.
GRANT III, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02310-3, Jim Bates, J., entered November
13, 1991. *Reversed* by unpublished opinion per Baker, J.,
concurred in by Pekelis, A.C.J., and Scholfield, J.